**[Docket No. 37]**

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE

| | |
|---|---|
| BARRY MILES, <br><br>          Plaintiff, <br><br>   v. <br><br> CANON SOLUTIONS AMERICA, INC., <br><br>         Defendants. | Civil No. 18-9336 (RMB/JS) <br><br> **ORDER** |

This matter comes before the Court upon Magistrate Judge Schneider's Report and Recommendation [Dkt No. 37] recommending that the Court grant Defendant's unopposed motion to dismiss this case as a sanction for Plaintiff's serial failures to obey Judge Schneider's orders to appear and prosecute this case.

For the reasons set forth in the accompanying Opinion issued on this same date, **IT IS** hereby on this **20th** day of **September 2019, ORDERED** that:

(1) Magistrate Judge Schneider's Report and Recommendation is **ADOPTED**; and

(2) This case is **DISMISSED**.


                                s/ Renée Marie Bumb

                              _____

                              RENÉE MARIE BUMB

                              UNITED STATES DISTRICT JUDGE